IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:20-cr-038 (1) |
| vs. | : | HONORABLE WALTER H. RICE |
| Thompson, Steven | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on October 9, 2019 (amended on January 15, 2020) and removes the following condition:

1. *Participate in a location restriction program and abide by all requirements of the program (curfew).*

All other bond conditions remain in full force and effect.

Date: 05/05/2020

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
HONORABLE WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE