IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NO. 3:20-CR-38 (WHR) |
| v. | : <u>ORDER</u> |
| STEVEN THOMPSON, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY ORDERED THAT, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the request of the United States Attorney for the Southern District of Ohio, that this case be dismissed.

DATE: 9-17-20

_____
HON. WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE